IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOE EARL MORGAN                                                                  PETITIONER

VS.                      CASE NO. 5:06CV00015 SWW

LARRY NORRIS, Director,
Arkansas Department of Correction                              RESPONDENT

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. entered of record on December 12, 2006 (DE # 21) and on March 6, 2008 (DE # 48). After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations ( DE ## 21, 48 ) should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 25th day of March, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE